| | |
|---|---|
| 1 | KEMNITZER, BARRON & KRIEG, LLP |
|   | ADAM J. MCNEILE         Bar No. 280296 |
| 2 | KRISTIN KEMNITZER     Bar No. 278946 |
|   | 1120 Mar West. St., Ste. C-2 |
| 3 | Tiburon, CA 94920 |
|   | Telephone: (415) 632-1900 |
| 4 | Facsimile: (415) 632-1901 |
|   | adam@kbklegal.com |
| 5 | kristin@kbklegal.com |
| 6 | Attorneys for Plaintiff PAMELA REECE |
| 7 | STROOCK & STROOCK & LAVAN, LLP |
|   | JULIA B. STRICKLAND     Bar No. 083013 |
| 8 | SHERI GUERAMI             Bar No. 265231 |
|   | 2029 Century Park East, 18th Floor |
| 9 | Los Angeles, CA  90067 |
|   | Telephone:  (310) 556-5800 |
| 10 | Facsimile:  (310) 556-5959 |
|    | sguerami@stroock.com |
| 11 | lacalendar@stroock.com |
| 12 | Attorneys for Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA REECE, individually and on behalf of the general public, | Case No. 4:22-cv-06046-HSG |
| Plaintiff, | **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS SO ORDERED that this action is DISMISSED, in its entirety, with prejudice. Each party will bear her and its own attorneys' fees and costs.

Dated: 7/20/2023

HON. HAYWOOD S. GILLIAM, JR.